■ In the Matter of ERIC RAFAEL M., a Child Alleged to be Abandoned. JUAN ANTONIO M., Appellant; CARDINAL McCLOSKEY SERVICES et al., Respondents. [724 NYS2d 592] —Order of disposition, Family Court, New York County (Rhoda Cohen, J.), entered on or about November 10, 1999, terminating respondent's parental rights to the subject child and committing the child's guardianship and custody to petitioner agency and the Commissioner of Social Services for the purposes of adoption, upon a fact-finding determination of abandonment, unanimously affirmed, without costs.

Respondent, who was incarcerated throughout the six-month abandonment period (Social Services Law § 384-b [4] [b]; [5] [a]), admits no personal contact with the child or agency during that period, urging instead vicarious contact through his wife. Such contact, even if it had occurred during the abandonment period, and there is no showing that it did, does not serve to avoid a finding of abandonment (*see, Matter of Keani D.*, 265 AD2d 261). Nor does respondent's incarceration excuse his failure to make contact (*see, id.*). It is in the child's best interests to be adopted by his foster family. Concur—Rosenberger, J. P., Nardelli, Tom, Wallach and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA JORQUERA, Also Known as MARISOL ALVAREZ, Appellant. [724 NYS2d 592] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered on or about May 13, 1998, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Rosenberger, J. P., Nardelli, Tom, Wallach and Saxe, JJ.